IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEDRO APONTE and ) | |
| KATE DIAZ and PEDRO APONTE, ) | |
| Mother and Father of ) | |
| Angelo Aponte, Minor ) | |
|               Plaintiffs, ) | |
| ) | |
|     v. ) | No. 1:24 cv 3041 |
| ) | |
| ILLINOIS STATE TROOPER ) | |
| KEVIN BRADLEY, #6932, ) | |
| and UNKNOWN ) | |
| ILLINOIS STATE TROOPERS ) | |
| ) | |
|               Defendants. ) | |

**JOINT STATUS REPORT**

The parties file this joint status report as required by this Court's Order (Dkt. 61)

**I.**     **CASE STATUS AND SETTLEMENT**

    a.   The Parties have agreed to settle this matter in principle and do not anticipate the need for further discovery.

    b.   The Parties are working through the nuances of the settlement agreement.

    c.   The Parties expect to file a Stipulation to Dismiss within 7 days.

Dated: February 26, 2026

Respectfully submitted,

**/s/Brandon Brown**
*One of Plaintiffs' Attorneys*

The Brown Law Ltd.
4455 S. King Drive
Suite 100A
Chicago, IL  60653
(773) 624-8366
bbrown@thebrownlaw.com